THE HONORABLE RONALD B. LEIGHTON

```
              FILED         LODGED
                            RECEIVED

              MAR 1 4 2016

           CLERK U.S. DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON AT TACOMA
    BY                              DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WAYNE H. NORMAN,<br><br>       Plaintiff,<br><br>v.<br><br>PAPA MURPHY'S INTERNATIONAL, INC.,<br><br>       Defendant. | No. 3:16-cv-05115-RBL<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff Wayne H. Norman and Defendant Papa Murphy's International L.L.C.,[1] by and through their counsel, hereby stipulate to dismiss all plaintiff's claims in this action with prejudice pursuant to FRCP 41(a)(1)(A)(ii). Each party is to bear its own fees and costs.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

---

[1] Defendant Papa Murphy's International L.L.C. was improperly captioned when this lawsuit was filed as "Papa Murphy's International, Inc."

STIPULATION OF DISMISSAL WITH PREJUDICE - 1
No. 3:16-cv-05115-RBL

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 | Tel: 206.839.4800

Respectfully submitted this 8th day of ~~February~~ March, 2016.

Wayne H. Norman
4357 Wanatah
Memphis, Tennessee 38109

Plaintiff, *pro se*

DLA PIPER LLP (US)

s/ *Stellman Keehnel*
Stellman Keehnel, WSBA No. 9309
s/ *Anthony Todaro*
Anthony Todaro, WSBA No. 30391
s/ *Jeffrey B. DeGroot*
Jeffrey B. DeGroot, WSBA No. 46839
701 Fifth Avenue, Suite 7000
Seattle, Washington 98104-7044
Tel: 206.839.4800
Fax: 206.839.4801
Email: stellman.keehnel@dlapiper.com
Email: anthony.todaro@dlapiper.com
Email: jeffrey.degroot@dlapiper.com

Attorneys for Defendant
Papa Murphy's International L.L.C.

IT IS SO ORDERED THIS 12th DAY OF March, 2016

_____
UNITED STATES DISTRICT COURT JUDGE